✓ RETAIN  cc/ag TAG

**Paul Mannes , U. S. BANKRUPTCY JUDGE**

Evidentiary Hrg: Y / N
Exhibits Filed: Y / N

PROCEEDING MEMO – CHAPTER 11

Date: 01/15/2015 Time: 10:00

CASE: 13-25464 Fitzgerald Walton and Annie F Walton

~~Daniel M. Press~~ (Brett Weiss) representing Fitzgerald Walton (Debtor)
~~Daniel M. Press~~ representing Annie F Walton (Debtor)
Jeanne M. Crouse representing US Trustee - Greenbelt 11 (U.S. Trustee)
M. Evan Meyers representing Prince Georges County Maryland (Cred. Comm. Chair)

[1] Chapter 11 Voluntary Petition, Schedules A-J &Statement of Financial Affairs Fee Amount $ 1213 filed by Daniel M. Press on behalf of Fitzgerald Walton, Annie F Walton. Chapter 11 Plan Exclusivity expires 1/9/2014. Government Proof of Claim due by 3/10/2014.

**MOVANT**: Fitzgerald Walton Annie Walton BY D Press D Press

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

Approved____ Denied Approval____ Deadline to file Amended D/S____

Other____

Confirmed____ as modified by ____

Denied Confirmation____ with leave to amend by ____

Other____

DISPOSITIONS:

Granted__ Denied__ Withdrawn__ Consent__ Default__ Under Adv.__

Moot__ Dismissed__ Relief by Operation of Law (no order req.)__

Continued to: ____

DECISION: – File DS + Plan reasonably confirmable w/in 60 days + file MORs + pay fees or case will be dismissed or converted

[ ] Signed by Court                [ ] Filed by Counsel
[✓] To be prepared by:
    [ ] Movant's counsel           [ ] Court
    [ ] Respondent's counsel       [ ] Other ___UST___

NOTES: Just recd up-dated valuations on RE
Intends to strip down +/or strip-off lien
DS + Plan w/in 60 days
MORs current
Total revenue $100K+ vs net income $4K as of Oct.

13-25464: 1 of 1