| UNITED STATES BANKRUPTCY COURT<br>District of Maryland (Greenbelt) || NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor:<br>Fitzgerald Walton and Annie F Walton | Case Number:<br>13-25464 | |
| Name of Creditor:<br>U.S. Bank National Association, as Trustee for GreenPoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR2 || **COURT USE ONLY** |
| Name of Current Servicer of account:<br>Nationstar Mortgage, LLC || |
| Name and Address where notices should be sent:<br>Nationstar Mortgage, LLC<br>PO Box 619096<br>Dallas, TX 75261-9741<br><br>Telephone Number: 877-343-5602 || X Check this box if you are changing the address that notices will go to. |
| Name and Address where payments should be sent (if different from above):<br>Nationstar Mortgage, LLC<br>PO Box 619094<br>Dallas, TX  75261-9741 || X Check this box if you are changing the address that payments will go to. |
| **1. Account Number: 9215** || ☐ Check this box if the account number has changed. |

2. Signature

    Check the appropriate box.
☐ I am the creditor.
☑ I am the creditor's authorized agent (Attached copy of power of attorney, if any.)
☐ I am the trustee, or the debtor.
☐ I am a guarantor, surety, indorser, or other codebtor.

    /s/ Michael Daniels                    Date:  04/01/2015
    Michael Daniels - Assistant Secretary

1231054-3ca29780-3376-44f5-b712-a5d75de524d7-

# UNITED STATES BANKRUPTCY COURT

District of Maryland (Greenbelt)

Chapter 11 No. 13-25464

In re:  Judge: Judge Paul Mannes

Fitzgerald Walton and Annie F Walton

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, and have noticed the US Bankruptcy Court by U.S. Mail, postage pre paid.

| | |
|---|---|
| Debtor: | Fitzgerald Walton<br>Annie F Walton<br>8305 Gullane Ct<br>Fort Washington, MD 20744-5568 |
| Debtor's Attorney: | Daniel M. Press<br>Chung & Press, P .C.<br>6718 Whittier Ave., Ste. 200<br>McLean, VA 22101 |

/s/ Bill Taylor - Member of 4 S Technologies, LLC,

Authorized Agent for Nationstar Mortgage LLC,

through Walz Group as mailing agent

1231054-909c1638-29a3-4329-9770-444800936b2e-