IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Greenbelt

| | |
|---|---|
| IN RE<br><br>FITZGERALD WALTON<br>ANNIE F WALTON<br><br>     Debtor | Case No. 13-25464-PM<br>Chapter 11 |

### NOTICE ENTERING APPEARANCE AND REQUESTS FOR ALL NOTICES

Dear Clerk:

   Please enter the appearance of Mark D. Meyer, Esq. and Rosenberg & Associates, LLC, as the attorneys of record on behalf of Nationstar Mortgage LLC. Please add my name to the mailing matrix and send all notices to:

   Mark D. Meyer, Esq.
   Rosenberg & Associates, LLC
   7910 Woodmont Avenue, Suite 750
   Bethesda, Maryland 20814

                                           /s/ Mark D. Meyer, Esq.
                                           Mark D. Meyer, Esq.
                                           Rosenberg & Associates, LLC
                                           7910 Woodmont Avenue, Suite 750
                                           Bethesda, Maryland 20814
                                           (301) 907-8000

### CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on August 20, 2015, a copy of the foregoing Line Entering Appearance was mailed, first class postage prepaid, or emailed, to the following:

Fitzgerald Walton
8305 Gullane Ct
Fort Washington, MD 20744

Office of U.S. Trustee, Trustee
Suite 600
6305 Ivy Lane
Greenbelt, MD 20770

Annie F Walton
8305 Gullane Ct
Fort Washington, MD 20744

Daniel M. PressEsquire
Chung & Press, P.C.
6718 Whittier Ave Suite 200, McLean VA  22101

ROSENBERG & ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER:  59988

                                  /s/ Mark D. Meyer, Esq.
                                  Mark D. Meyer, Esq.

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 59988