**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**

IN RE:                              *

                                                    *      Case No. _____
                                                           Chapter 11
                                                    *

        Debtor(s)                    *

**CHAPTER 11 FINAL REPORT AND MOTION FOR DISCHARGE AND FINAL
DECREE
[For Individual Debtor(s)]**

      The following is the report of payments made pursuant to the Plan, confirmed by this Court on _____ .

**TOTAL DISTRIBUTION**       _____
PERCENTAGE OF CLAIMS PAID OR PROPOSED TO BE PAID TO THE
GENERAL CLASS OF UNSECURED CREDITORS WITHIN THE PLAN_____%

A.    Gross Cash Receipt       _____

                                                            <u>Paid</u>     <u>Proposed</u>     <u>Total</u>

B.    Priority Payments of Expenses of
       Administration Other Than Operating
       Expenses:

       1.   Trustee's commission (if any)     _____  _____  _____

       2.   Fee and expenses, Trustee's counsel  _____  _____  _____

C.    Other Professional Fees and Expenses:

       1.   Fees and expenses, Accountants      _____  _____  _____

       2.   Fees and expenses, Auctioneers and Appraisers_____  _____  _____

       3.   Fees and expenses, Attorneys for Debtor  _____  _____  _____

       4.   Other professional fees (specify)      _____  _____  _____

       5.   Taxes, fines, penalties, etc.           _____  _____  _____

**Local Bankruptcy Form N–2**

*In trust until approval of fee application.

|  | Paid | Proposed | Total |
|---|---|---|---|

6. Other expenses of administration (must be itemized: includes bond premiums, settlement costs, other expenses) US Trustee fees  _____   _____   _____

7. Total                                                                                              _____

D. Payments to creditors: (totals under each category sufficient)

    1. Payment to secured creditors          _____   _____   _____

    2. Payment to priority creditors          _____   _____   _____

    3. Payments to unsecured creditors        _____   _____   _____

    4. Payments to equity security holders    _____   _____   _____

E. Other payments: (including surplus payments to debtor)                                   _____   _____   _____

F. **AMOUNT TO BE PAID UNDER PLAN**                                                  _____

   **TOTAL DISTRIBUTION**                                                           _____

   The Plan Administrator, (or Trustee if appointed) hereby avers that all provisions of the Plan have been substantially consummated, and plan payments have been completed. Furthermore, the Debtor(s) hereby certify, under penalty of perjury that the following statements are true and correct:

    1. Debtor(s) have completed all payments under the Plan.
(As provided in the plan, long term secured debt is current but not fully paid off.)

    2. If 11 U.S.C. §1141(d)(3) applies, Debtor(s) have completed an instructional course concerning financial management as described in 11 U.S.C. §111.

    3. Debtor(s) did not have, either at the time of filing this bankruptcy or at the present time, equity in excess of $125,000 if the case was filed before April 1, 2007, or $136,875 if the case was filed on or after April 1, 2007 and before April 1, 2010, or $146,450 for a case filed on or after April 1, 2010 and before April 1, 2013, or $155,675 if the case was filed on or after April 1, 2013 in the type of property described in 11 U.S.C. §522(p)(1) [generally the debtor's homestead].

    4. There is not currently pending any proceeding in which Debtor(s) may be found guilty of a felony of the kind described in 11 U.S.C. §522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. §522(q)(1)(B).

**Local Bankruptcy Form N–2**
**Page Two**

Debtor: _____   Date: _____


Debtor: _____   Date: _____

Wherefore, the Plan Administrator (or Trustee), having fully administered this estate, prays for entry of an Order of Discharge and the entry of a Final Decree.


DATE: _____   _____
                                          Attorney for Plan Administrator
                                                  (or Trustee)


cc:   Creditor's Committee (or counsel), or
      20 largest Unsecured Creditors
      U.S. Trustee

**Local Bankruptcy Form N–2**
**Page Three**